IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

SWAIN CLARKE,                          )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )        Case No. CIV-26-866-D
                                       )
UNITED STATES OF AMERICA,              )
                                       )
            Defendant.                 )

## O R D E R

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). [Doc. No. 7]. Judge Stephens recommends denying Plaintiff's Application for Leave to Proceed in Forma Pauperis [Doc. No. 2]. Furthermore, Judge Stephens recommends that the Court dismiss the action without prejudice within 21 days of the Court adopting his recommendation if Plaintiff has not paid the full filing fee of $405.00.

Plaintiff has neither filed a timely objection to the Report nor requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further review of the issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 7] is **ADOPTED** in its entirety. Plaintiff's Motion for Leave to Proceed in Forma Pauperis [Doc. No. 2] is **DENIED**. If Plaintiff's filing fee is not received by the Clerk of Court on or before August 5, 2026, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 15th day of July, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE